IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA BOOZE | : | CIVIL ACTION NO. 1:CV-13-cv-2139 |
| Plaintiff | : | (JUDGE KANE) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| JOHN WETZEL, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a December 16, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) Plaintiff's complaint, (Doc. No. 1) is **DISMISSED** with leave to amend consistent with the Report and Recommendation, within twenty-one days of this order.

3) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

3) The case is referred to Magistrate Judge Schwab for further pre-trial management.

                                                          s/ Yvette Kane
                                                          YVETTE KANE, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania

Dated: January 8, 2014