# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA BOOZE,** | : | |
|     Plaintiff | : | No. 1:13-cv-02139 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JOHN E. WETZEL, et al.,** | : | (Magistrate Judge Schwab) |
|     Defendants | : | |

    **AND NOW**, on this 17th day of April 2014, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration (Doc. No. 13) is **GRANTED**;

2. Magistrate Judge Schwab's Report of Recommendation (Doc. No. 10) is **ADOPTED**;

3. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**;

4. Plaintiff's objections (Doc. No. 12) are **OVERRULED**;

5. The Court will construe Plaintiff's filing of January 30, 2014 (Doc. No. 14) as his amended complaint;

6. All further proceedings in this matter are referred to Magistrate Judge Schwab.


                                                                       s/ Yvette Kane  
                                                                       Yvette Kane, District Judge  
                                                                       U.S. District Court  
                                                                       Middle District of Pennsylvania