IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA BOOZE | : | CIVIL ACTION NO. 1:CV-13-cv-2139 |
| Plaintiff | : | (JUDGE KANE) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| JOHN WETZEL, et al. | : | |
| Defendants | : | |

**O R D E R**

Before the Court in the captioned action is a August 3, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, on this 2nd day of September 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Defendant Rosini's Motion to Dismiss the Complaint (Doc. No. 25) is **GRANTED**.

3) The case is referred to Magistrate Judge Carlson for further pre-trial management.

                                              s/ Yvette Kane
                                              YVETTE KANE, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania